# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-cr-048-JCM-LRL |
| LEE NOVARRO, | ) ) | |
| Defendant. | ) ) | **ORDER** |

Good cause appearing,

IT IS ORDERED that pursuant to 18 U.S.C. § 3006A, Margaret Stanish, Esq., is hereby appointed as counsel for defendant Lee Navarro in place of Karen Winckler, Esq., for all purposes and further proceedings in this case. The effective date of this appointment is February 9, 2011.

DATED this 28th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE